In the Matter of the Accounting of JOHN D. LYONS, as Administrator of the Estate of ANDREW DONNELLY, JR., Deceased, Appellant.

MARY DONNELLY, Respondent.

*Matter of Lyons*, 186 App. Div. 161, affirmed.

(Argued June 2, 1919; decided July 15, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 8, 1919, which modified and affirmed as modified a decree of the Sullivan County Surrogate's Court settling the accounts of the administrator of Andrew Donnelly, deceased. The Appellate Division disallowed an item of $6,000, being a claim on a promissory note purported to have been made by decedent during his life to his wife for faithful service and attendance during her married life, and a claim of $4,000 for compensation to the administrator.

*Daniel J. Dugan* and *John D. Lyons* for appellant.
*Arthur C. Kyle* and *Russell Wiggins* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.